**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF M.L.H., A MINOR | : | No. 101 WAL 2021 |
| | : | |
| | : | |
| PETITION OF: M.L.H., A MINOR | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

  **AND NOW**, this 14th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.